# EXHIBIT "C"

# GMAC Mortgage Account Statement

# GMAC Mortgage

**CUSTOMER INFORMATION**

Name: Matthew Hill
Lisa C Hill
Account Number: 7304871171
Home Phone #: (562)391-6104

**PROPERTY ADDRESS**

3632 FAIRMAN ST
LAKEWOOD    CA 90712

Visit us at www.gmacmortgage.com for account information or to apply on-line.

02/11/10 11:00 3   0013801 20100414 JD135804 GMREG   1 OZ DOM JD135600000* 146316   GM

MATTHEW HILL
LISA C HILL
3632 FAIRMAN ST
LAKEWOOD CA  90712-3811



For information about your existing account, please call: 1-800-766-4622.

For information about refinancing or obtaining a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

## Account Information

| | |
|---|---|
| Account Number | 71171 |
| Current Statement Date | April 13, 2010 |
| Maturity Date | May 01, 2036 |
| Interest Rate | 5.00000 |
| Current Principal Balance* | $146,303.36 |
| Current Escrow Balance | $0.00 |
| Interest Paid Year-to-Date | $751.93 |
| Taxes Paid Year-to-Date | $0.00 |

For Customer Care inquiries call: 1-800-766-4622
For Insurance inquiries call: 1-800-256-9962
For Payment Arrangements call: 1-800-850-4622

## Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $834.93 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Amount Past Due | $1,669.86 |
| Outstanding Late Charges | $10.00 |
| Other | $0.00 |
| Total Amount Due | $2,514.79 |
| Account Due Date | March 01, 2010 |

## Account Activity Since Last Statement