TODD B. BECKER, ESQ. SBN 127567
LAW OFFICES OF TODD B. BECKER
3750 E. ANAHEIM ST., SUITE 100
LONG BEACH, CA 90804
TEL: (562) 495-1500
FAX: (562) 494-8904

Attorney for Debtors

**FILED & ENTERED**

**NOV 01 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pickett    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT** CHANGES MADE BY COURT

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: | ) Case No.: **2:10-bk-29295-VK** |
| | ) |
| | ) Chapter 13 |
| | ) |
| **MATTHEW F. HILL,** | ) **ORDER GRANTING MOTION TO** |
| | ) **VALUE REAL PROPERTY AND TO** |
| **LISA HILL,** | ) **STAY PAYMENTS REGARDING LIEN** |
| | ) **ENCUMBERING REAL PROPERTY** |
| Debtors. | ) |
| | ) Date: October 20, 2010 |
| | ) Time: 2:30 PM |
| | ) Ctrm: 1675 |
| | )     255 East Temple Street |
| | )     Los Angeles, CA 90012 |

A hearing regarding the "Motion Pursuant to 11 U.S.C. § 506 for (1) Valuation of Security Interest in Real Property, (2) Determination of Secured Status, [and] (3) Avoidance of Second Trust Deed Lien" (the "Motion") filed by Matthew Hill and Lisa Hill  (the "Debtors") was held at the above-referenced date and time; appearances were as stated on the record. Having reviewed the Motion and all papers submitted in support thereof, no opposition thereto having been filed; and good cause appearing therefor, it is hereby:

ORDERED, that the claim secured by the second deed of trust against the real property described in the Motion (the "Property") will be treated as an unsecured nonpriority claim pursuant to the provisions of the Debtors' chapter 13 plan and any Court-approved modifications thereto (the "Plan"), such that the claim will be paid pro rata with other allowed unsecured nonpriority claims; and it is further

ORDERED, that upon the completion of all payments under the Plan, the lien arising from the second deed of trust against the Property will be void and will not constitute an encumbrance on the Property; and it is further

ORDERED, that the beneficiary of the second trust deed will retain its lien against the Property to the extent recognized by applicable nonbankruptcy law unless and until the Debtors fully perform under the Plan*; and it is further*

*ORDERED, that in the event that the holder of the first lien on the Property forecloses on its security interest and extinguishes the second lien prior to Debtors' completion of the Plan, the holder of the second trust deed's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.*

##

DATED: November 1, 2010

United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3750 E. Anaheim Street, Suite 100
Long Beach, CA 90804

The foregoing document described    [PROPOSED] ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND TO STAY PAYMENTS REGARDING LIEN ENCUMBERING REAL PROPERTY
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On  October 27, 2010  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/27/2010 | Li Fleming | /s/ Li Fleming |
|------------|------------|----------------|
| *Date* | *Type Name* | *Signature* |

**SERVICE LIST**

United States Bankruptcy Court
Honorable Victoria Kaufman - Suite 1682
255 East Temple Street
Los Angeles, CA 90012

United States Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Chapter 13 Trustee
Nancy Curry
606 S. Olive Street, Suite 950
Los Angeles, CA 90014

**<u>NOTE TO USERS OF THIS FORM</u>**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND TO STAY PAYMENTS REGARDING LIEN ENCUMBERING REAL PROPERTY was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of October 27, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

US Trustee: ustpregion16.la.ecf@usdoj.gov
Chapter 13 Trustee: ecfnc@trustee13.com
Debtor's Attorney: veloz@toddbeckerlaw.com

☐  Service information continued on attached page

**II.  <u>SERVED BY THE COURT VIA U.S. MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐  Service information continued on attached page

**III.  <u>TO BE SERVED BY THE LODGING PARTY</u>:** Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐  Service information continued on attached page